THE HONORABLE FRANKLIN D. BURGESS

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

8
9

| | | |
|---|---|---|
| NANCY GRIFFIN, | ) | Case No. C05-5094 FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **VOLUNTARY DISMISSAL OF NANCY** |
| VANCOUVER NEUROLOGISTS AND | ) | **GRIFFIN** |
| NEUROPHYSIOLOGISTS, P.S. and DOES 1-10, | ) | |
| jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record,
request the Court dismiss this litigation with prejudice, and without costs or attorney's fees to
any party in the litigation captioned above.

Dated this _____ day of September, 2005.


THE BETKER LAW FIRM PC                    JACKSON LEWIS LLP



_____          _____
Mary A. Betker, WSBA No. 30429            Kristin Bell, WSBA No. 32766
Attorney for Plaintiff                    Barry Alan Johnsrud, WSBA No. 21952

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: NANCY GRIFFIN - 1
(C05-5094 FDB)

1

## ORDER

2

3      Based upon the foregoing stipulation of the parties, it is hereby:

4      ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiff

Nancy Griffin and all defendants and without attorney's fees or costs to any party.

5

6      DATED this 6th day of  September, 2005.

7

8

9                                        FRANKLIN D. BURGESS
                                         UNITED STATES DISTRICT JUDGE

10

11

12    Presented by:

13    JACKSON LEWIS LLP

14

15    By:    /s/ Kristin Bell
             Kristin Bell, WSBA No. 32766
16           Barry Alan Johnsrud, WSBA No. 21952
             Attorneys for Defendants

17

18    Approved as to form; Notice of presentation waived.

19    THE BETKER LAW FIRM PC

20

21    By:    /s/ Mary A. Betker
             Mary A. Betker, WSBA No. 30429
22           Attorney for Plaintiff

23

24

25

26

27

28

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: NANCY GRIFFIN - 2
(C05-5094 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was sent via U.S. Mail on this 6th day of September, 2005, to:

**Mary Betker**
The Betker Law Firm PC
3140 Evergreen Way, Suite 3-A
Washougal, WA  98671
Tel:  360-892-6400
Fax:  360-335-9001
WSBA #30429
E-mail: attorneymary@aol.com

Dated this 6th day of September, 2005, at Seattle, Washington.

_____/s/ Jenny Whitman_____
Jenny Whitman

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: NANCY GRIFFIN - 3
(C05-5094 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404